IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JUL 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 3:25cr335 |
| v. | ) | JUDGE KNEPP |
| | ) | CASE NO. MAGISTRATE JUDGE CLAY |
| JASHAWN WILLIAMS-NEAL, | ) ) ) | Title 18, United States Code, Section 922(a)(6), Title 18 United States Code, Section |
| Defendant. | ) | 932(b)(1) |

COUNT 1
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. On or about March 24, 2025, in the Northern District of Ohio, Western Division, Defendant JASHAWN WILLIAMS-NEAL in connection with the acquisition of a firearm, to wit: a Glock GMBH, Model 19, 9mm pistol, bearing serial number CESN835, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearms to Defendant under Chapter 44 of Title 18 in that Defendant represented he was the actual transferee or buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 2
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(1))

The Grand Jury further charges:

2. On or about March 24, 2025, in the Northern District of Ohio, Western Division, Defendant, JASHAWN WILLIAMS-NEAL did knowingly purchase a firearm, to wit: a Glock

GMBH, Model 19, 9mm pistol, bearing serial number CESN835, in or otherwise affecting interstate commerce for, on behalf of, or at the request or demand of "L.E.", knowing or having reasonable cause to believe that "L.E." intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony, a Federal crime of terrorism, or a drug trafficking crime, or did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(1).

## FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant JASHAWN WILLIAMS-NEAL shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.